UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    N.L.,
                                       Plaintiff,          21 Civ. 11215 (LGS)

            -against-                                  <u>ORDER</u>

    NEW YORK CITY DEPARTMENT OF
    EDUCATION,
                                    Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on December 30, 2021, Plaintiff filed a Complaint and, on March 25, 2022, Defendant filed its Answer. It is hereby

        **ORDERED** that by **April 4, 2022**, the parties shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court,[1] if the parties agree to conduct all further proceedings before Judge Netburn, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York. It is further

        **ORDERED** that by **April 19, 2022**, Plaintiff shall file a motion for summary judgment, not to exceed 25 pages. By **May 10, 2022**, Defendant shall file the opposition and any cross-motion for summary judgment, not to exceed 30 pages. By **May 31, 2022**, Plaintiff shall file a reply and opposition to Defendant's cross-motion for summary judgment if any, not to exceed 15 pages. By **June 14, 2022**, Defendant shall file a reply in support of the cross-motion for summary judgment if any, not to exceed 10 pages. Notwithstanding these aforementioned page limits, each party has discretion over how to allocate its respective 40 pages total of briefing across its two briefs, provided neither party exceeds the 40 pages of briefing total. It is further

        **ORDERED** that the parties shall Bates-stamp the administrative record (the "Record")

---

[1] The form is available at https://nysd.uscourts.gov/sites/default/files/practice_documents/kpfSDNYFormConsentingToProceedForAllPurposesBeforeAMagistrateJudge.pdf.

such that each page has a unique Bates number.  It is further

    **ORDERED** that, in lieu of separate Local Rule 56.1 statements, the parties shall file a <u>joint</u> statement of undisputed facts ("Joint Statement"), with citations to the Bates-stamped Record, **by the time that the first brief is due**.  The parties shall indicate any disputed facts clearly in the Joint Statement.  It is further

    **ORDERED** that, within two days of the cross-motions being fully briefed, the parties shall email to Chambers a text-searchable copy of the Bates-stamped Record and a Word version of the Joint Statement.  Defendants (as the last-to-file party) shall also submit the courtesy copies of all filings to Chambers.  Except as provided here, the parties shall follow the Individual Rules on motions, exhibits and courtesy copies.

    If the parties consent to Judge Netburn's jurisdiction, they shall seek further instructions from Judge Netburn on delivering electronic copies of the record and the Joint Statement and physical courtesy copies to her Chambers.

Dated: March 29, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE