**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

N.L., et al.,

                                       **Plaintiffs,**

                -against-

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

                                   **Defendant.**

------------------------------------------------------------------X

**21-CV-11215 (LGS)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 9/13/2022 ___

**SARAH NETBURN, United States Magistrate Judge**:

On September 9, 2022, the Honorable Lorna G. Schofield referred this case to my docket for a Report & Recommendation. ECF No. 40. The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      September 13, 2022
                 New York, New York