**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
N.L., et al.,

                      Plaintiffs,

    -against-                                      21 **CIVIL** 11215 (LGS)

                                                         **<u>JUDGMENT</u>**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 15, 2023, the Report is adopted, with the modification that Mr. Kopp's attorney time will be reimbursed at $250 an hour. For clarity, Plaintiffs are granted attorneys' fees in the amount of $40,684.70 and costs in the amount of $536.17, for a total of $41,220.87, plus post-judgment interest calculated at the applicable statutory rate.

**Dated:**  New York, New York

       March 15, 2023

                                                               **RUBY J. KRAJICK**

                                                               _____
                                                                   **Clerk of Court**

                                        **BY:**       _K. Mango_

                                                                  _____
                                                                  **Deputy Clerk**