UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
N.L., et al,

                                    Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                    Defendant.

------------------------------------------ x

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

1:21-cv-11215 (LGS) (SN)

**PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Hyunjung Kim, a Special Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant in the above-captioned action, hereby respectfully request leave to withdraw as an attorney of record, as I have voluntarily submitted my notice of resignation from the Office of Corporation Counsel, effective April 6, 2023, and will no longer be assigned to the defense of this matter after that date. The Office of Corporation Counsel will continue to serve as counsel of record for Defendant.

        Therefore, I hereby respectfully request that the Court grant me leave to withdraw as counsel and that my appearance be removed from the docket.

-2-

Dated:   New York, New York
         April 6, 2023

                                                           **HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street
New York, NY 10007
(212) 356- 2018
hyukim@law.nyc.gov


By:   */s/ Hyunjung Kim*
      Hyunjung Kim
      Special Assistant Corporation Counsel


cc:   All counsel of record (by ECF)