# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of June, two thousand twenty-three,

Before:  Debra Ann Livingston,
  *Chief Judge,*
  John M. Walker, Jr.,
  Susan L. Carney,
   *Circuit Judges.*

_____

N.L., individually and on behalf of M.C., a child with a disability,

  Plaintiff - Appellant,

v.

New York City Department of Education,

  Defendant - Appellee.

_____

**ORDER**

Docket No. 23-627

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 21 2023

On April 13, 2023, Plaintiff appealed from a judgment entered in 21-cv-11215 on March 15, 2023. A case management order was entered on May 24, 2022 and amended on June 8, 2022 in H.C., Individually, and on behalf of J.C. a child with a disability v. New York City Department of Education, 21-1582 and related appeals. The order, in part, provides that appeals filed after May 24, 2022 that raise attorney fee issues will be held in abeyance or remanded to the district court for reconsideration in light of the Court's determination of the tandem appeals.

IT IS HEREBY ORDERED that the appeal in Docket No. 23-627 is REMANDED for further proceedings in the district court following this Court's determination of 21-1582 and the other tandem appeals. Following the district court's entry of a final judgment in the remanded appeal, either party may restore jurisdiction to this court by notifying the Clerk of Court by letter that it seeks further appellate review. No new notice of appeal or fee will be required. See United States v. Jacobson, 15 F.3d 19, 21-23 (2d Cir. 1994). The Clerk is directed to issue the mandate forthwith.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/21/2023