**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
N.L., et al.,

                Plaintiffs,

-against-                              21 **CIVIL** 11215 (LGS)

                                                              **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 15, 2023, and the Court's Memo Endorsed Order dated July 7, 2023, the Report is adopted, with the modification that Mr. Kopp's attorney time will be reimbursed at $250 an hour. For clarity, Plaintiffs are granted attorneys' fees in the amount of $40,684.70 and costs in the amount of $536.17, for a total of $41,220.87, plus post-judgment interest calculated at the applicable statutory rate.

**Dated:**  New York, New York

      July 11, 2023

                                                             **RUBY J. KRAJICK**

                                                                  _____
                                                                    **Clerk of Court**

                                        **BY:**            *K. Mango*

                                                                    _____
                                                                    **Deputy Clerk**